IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PAUL DONOVAN WALDE,

    Plaintiff,

v.                                         Case No. 1:20-cv-12-AW-GRJ

OFFICER JOSHUA MEURER,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

I have considered the magistrate judge's Amended Report and Recommendation, ECF No. 23, to which there have been no objections. The Report and Recommendation is now adopted and incorporated into this order.

The motion to dismiss, ECF No. 17, is GRANTED, and the First Amended Complaint is DISMISSED with leave to amend. The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on December 7, 2020.

                                              s/ *Allen Winsor*
                                              United States District Judge