IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PAUL DONOVAN WALDE,

    Plaintiff,
v.                                    CASE NO. 1:20-cv-12-AW-GRJ

JOSHUA MEURER,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On December 7, 2020, the Court granted Defendant's motion to dismiss the First Amended Complaint, which asserted claims against Defendant only in his official capacity. ECF. No. 26 (adopting the Report and Recommendation, ECF No. 23). Pursuant to the undersigned's recommendation, the First Amended Complaint was dismissed with leave to amend to allege only claims against Defendant in his individual capacity. ECF Nos. 23, 26. The Court ordered Plaintiff to file his Second Amended Complaint on or before January 5, 2021. ECF No. 27. Plaintiff was warned that failure to comply would result in a recommendation that this case be dismissed without further notice. *Id.* As of this date, Plaintiff has neither complied with the Court's order nor sought an extension of time to do so.

In view of the foregoing, it appears that Plaintiff has abandoned this case. Accordingly, it is respectfully **RECOMMENDED** that this case be

**DISMISSED** for failure to comply with an order of the Court and failure to prosecute.

 **IN CHAMBERS** this 7th day of January 2021.

      *s/ Gary R. Jones*
      GARY R. JONES
      United States Magistrate Judge

## NOTICE TO THE PARTIES

 Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.