IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PAUL DONOVAN WALDE,

    Plaintiff,

v.                                             Case No. 1:20-cv-12-AW-GRJ

OFFICER JOSHUA MEURER,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

I have considered the magistrate judge's January 7, 2021 Report and Recommendation, ECF No. 28, to which there have been no objections. I agree with the magistrate judge that the case should be dismissed. It appears Plaintiff has abandoned his claims.

The Report and Recommendation is adopted and incorporated into this order. The clerk will enter a judgment that says "This case is dismissed without prejudice for failure to prosecute and failure to comply with the court's order." The clerk will then close the file.

SO ORDERED on February 6, 2021.

                                          s/ *Allen Winsor*
                                          United States District Judge